UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MESIVTA SANZ HUDSON COUNTY INC, <br><br> Plaintiff, <br><br> vs. <br><br> WESCO INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 2:23-cv-03809 |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs and expenses.

MOLOD SPITZ & DESANTIS, P.C.
*Attorneys for Plaintiff*
*Mesivta Sanz Hudson County Inc.*

By_____
   Jack Glanzberg

Dated:

MOUND COTTON WOLLAN
 & GREENGRASS LLP
*Attorneys for Defendant*
*Wesco Insurance Company*

By_____
   Kevin F. Buckley, Esq.
   Katharine Anne Lechleitner, Esq.

Dated: 4/17/2024